

# Fourth Court of Appeals
## San Antonio, Texas

June 25, 2025

No. 04-25-00381-CV

**IN RE** Donald W. **TAYLOR**

Original Proceeding[1]

**ORDER**

Sitting:    Rebeca C. Martinez, Chief Justice
Lori I. Valenzuela, Justice
H. Todd McCray, Justice

On July 12, 2025, relator filed his petition for writ of mandamus seeking relief from a series of orders issued by Respondent in 2021. Real parties in interest filed a motion for sanctions under Rule 45 of the Texas Rules of Appellate Procedure, which allows damages to be awarded to the prevailing party in a frivolous appeal. The petition for mandamus is frivolous. Real parties in interest do not provide evidence of their damages. Relator's petition for mandamus is DENIED. Real parties in interests' motion for sanctions is DENIED.

It is so **ORDERED** on June 25, 2025.

_H. Todd McCray_
H. Todd McCray, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of June, 2025.

_Caitlin A. McCamish_
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 16670, styled *Donald W. Taylor v. Clark Aspy, et al*, pending in the 216th Judicial District Court, Gillespie County, Texas, the Honorable N. Keith Williams presiding.